JOSEPH HWANG
2245 W VALLEY #108
POMONA, CA 91768

Defendant, In Pro Per

FILED
2018 FEB -1 PM 3:49
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Bre Paragon MF Olive Ridge resort CA, LLC<br><br>    Plaintiff,<br><br>vs.<br><br>Brandi Barnett; Joseph Hwang<br>DOES 1 TO 10, inclusive.<br>    Defendant. | CIVIL ACTION NUMBER:<br><br>**CV18-840-CAS (Ex)**<br><br>Removed from Los Angeles County<br>Superior Court of California<br>Case No.: 17WCUD00797 |

## DEFENDANTS NOTICE OF REMOVAL

1. Defendant JOSEPH HWANG (hereinafter "Defendant") was forced to file this Federal removal to stay an unlawful detainer summons filed against his home. Plaintiff was able to prevent Defendant from presenting evidence and facts to the court that would have proven constructive fraud had been committed against the state of California, the LOS ANGELES Recorder's Office and the WEST COVINA COURTHOUSE.

2. In the state court of limited jurisdiction Defendant is prevented in raising the issue of title, while Plaintiffs can state that they have duly perfected title.

3. Plaintiff filed a Summons Complaint Dec 21, 2017. (exhibit "A")

4. Defendant had not filed an answer.

5. PLAINTIFF is a citizen of United States

6. Defendant is a citizen of Korea

7. Issues at hand exceed $80,000.

Respectfully submitted,

By: _____
JOSEPH HWANG, In Pro per

FEB 1, 2018

**UD-100**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State number, and address): | FOR COURT USE ONLY |
|---|---|
| Chris Evans #202135/Valerie Sparks #313312<br>Kimball, Tirey & St. John LLP<br>555 South Flower Street, Suite 3400<br>Los Angeles, CA 90071<br>TELEPHONE NO.: (213) 337-0050   FAX NO. (Optional): (213) 337-0080<br>E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiff | FILED<br>Superior Court of California<br>County of Los Angeles<br>DEC 21 2017<br>Sherri R. Carter, Executive Officer/Clerk<br>By Sandra Gramajo, Deputy |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 1427 WEST COVINA PARKWAY
MAILING ADDRESS:
CITY AND ZIP CODE: WEST COVINA, CA 91790
BRANCH NAME: LOS ANGELES SUPERIOR COURT WEST COVINA / EAST DISTRICT

PLAINTIFF: Bre Paragon MF Olive Ridge Resort CA, LLC

DEFENDANT: Brandi Barnett; Joseph Hwang

[X] DOES 1 TO  10 inclusive.

**COMPLAINT - UNLAWFUL DETAINER***
[X] COMPLAINT  [ ] AMENDED COMPLAINT (Amendment Number): _____

CASE NUMBER: **17WCUD00797**

Jurisdiction (check all that apply):
[X] **ACTION IS A LIMITED CIVIL CASE**
   Amount demanded    [X] does not exceed $10,000
                      [ ] exceeds $10,000 but does not exceed $25,000
[ ] **ACTION IS AN UNLIMITED CIVIL CASE** (amount demanded exceeds $25,000)
[ ] **ACTION IS RECLASSIFIED** by this amended complaint or cross-complaint (check all that apply):
   [ ] from unlawful detainer to general unlimited civil (possession not in issue)   [ ] from limited to unlimited
   [ ] from unlawful detainer to general limited civil (possession not in issue)     [ ] from unlimited to limited

1. PLAINTIFF (name each): Bre Paragon MF Olive Ridge Resort CA, LLC

   alleges causes of action against DEFENDANT (name each):
   Brandi Barnett; Joseph Hwang

2. a. Plaintiff is  (1) [ ] an individual over the age of 18 years.  (4) [ ] a partnership.
                    (2) [ ] a public agency.                          (5) [ ] a corporation.
                    (3) [X] other (specify):  Limited Liability Company

   b. [ ] Plaintiff has complied with the fictitious business name laws and is doing business under the fictitious name of (specify):

3. Defendant named above is in possession of the premises located at (street address, apt. no., city, zip code, and county):
   2245 W. Valley Boulevard, #108
   Pomona, Ca 91768
   County of LOS ANGELES

4. Plaintiff's interest in the premises is   [X] as owner   [ ] other (specify):
5. The true names and capacities of defendants sued as Does are unknown to plaintiff.
6. a. On or about (date): 2/14/2017                    defendant (name each):
      Brandi Barnett; Joseph Hwang

      (1) agreed to rent the premises as a [ ] month-to-month tenancy [X] other tenancy (specify): 1 Year
      (2) agreed to pay rent of $   1,198.00  payable [X] monthly [ ] other (specify frequency):
      (3) agreed to pay rent on the [X] first of the month [ ] other day (specify):
   b. This [X] written [ ] oral  agreement was made with
      (1) [ ] plaintiff.                                 (3) [ ] plaintiff's predecessor in interest.
      (2) [X] plaintiff's agent.                         (4) [ ] other (specify):

*NOTE: Do not use this form for evictions after sale (Code Civ. Proc., § 1161a).

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
UD-100 [Rev. July 1, 2005]

**COMPLAINT - UNLAWFUL DETAINER**

Civil Code, § 1940 et seq.
Code of Civil Procedure §§ 425.12, 1166
www.courtinfo.ca.gov

CEB Essential Forms
ceb.com

| PLAINTIFF (Name): Bre-Paragon MF Olive Ridge Resort | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): Brandi Barnett; Joseph Hwang | |

6. c. [X] The defendants not named in item 6a are
       (1) ☐ subtenants.
       (2) ☐ assignees.
       (3) [X] other (specify):   unknown as to Does.
   d. ☐ The agreement was later changed as follows (specify):

   e. ☐ A copy of the written agreement, including any addenda or attachments that form the basis of this complaint, is attached and labeled Exhibit 1. (Required for residential property, unless item 6f is checked. See Code Civ. Proc., § 1166.)
   f. [X] (For residential property) A copy of the written agreement is **not** attached because (specify reason):
       (1) ☐ the written agreement is not in the possession of the landlord or the landlord's employees or agents.
       (2) [X] this action is solely for nonpayment of rent (Code Civ. Proc., § 1161(2)).

7. [X] a. Defendant (name each): Brandi Barnett; Joseph Hwang

   was served the following notice on the same date and in the same manner:
       (1) [X] 3-day notice to pay rent or quit     (4) ☐ 3-day notice to perform covenants or quit
       (2) ☐ 30-day notice to quit     (5) ☐ 3-day notice to quit
       (3) ☐ 60-day notice to quit     (6) ☐ Other (specify):
   b. (1) On (date): 12/08/2017     the period stated in the notice expired at the end of the day.
       (2) Defendants failed to comply with the requirements of the notice by that date.
   c. All facts stated in the notice are true.
   d. [X] The notice included an election of forfeiture.
   e. [X] A copy of the notice is attached and labeled Exhibit 2. (Required for residential property. See Code Civ. Proc., § 1166.)
   f. ☐ One or more defendants were served (1) with a different notice, (2) on a different date, or (3) in a different manner, as stated in Attachment 8c. (Check item 8c and attach a statement providing the information required by items 7a-e and 8 for each defendant.)

8. a. [X] The notice in item 7a was served on the defendant named in item 7a as follows:
       (1) ☐ by personally handing a copy to defendant on (date):
       (2) ☐ by leaving a copy with (name or description):
       a person of suitable age and discretion, on (date):     at defendant's ☐ residence ☐ business AND mailing a copy to defendant at defendant's place of residence on (date):     because defendant cannot be found at defendant's residence or usual place of business.
       (3) [X] by posting a copy on the premises on (date): 12/5/2017     ☐ AND giving a copy to a person found residing at the premises AND mailing a copy to defendant at the premises on (date): 12/5/2017
           (a) ☐ because defendant's residence and usual place of business cannot be ascertained OR
           (b) [X] because no person of suitable age or discretion can be found there.
       (4) ☐ (Not for 3-day notice; see Civil Code, § 1946 before using) by sending a copy by certified or registered mail addressed to defendant on (date):
       (5) ☐ (Not for residential tenancies; see Civil Code, § 1953 before using) in the manner specified in a written commercial lease between the parties.
   b. ☐ (Name):
       was served on behalf of all defendants who signed a joint written rental agreement.
   c. ☐ Information about service of notice on the defendants alleged in item 7f is stated in Attachment 8c.
   d. ☐ Proof of service of the notice in item 7a is attached and labeled Exhibit 3.

| PLAINTIFF (Name): Bre Paragon – Olive Ridge Resort CA, LLC | CASE NUMBER: |
|---|---|
| DEFENDANT (Name): Brandi Barnett; Joseph Hwang | |

9. ☐ Plaintiff demands possession from each defendant because of expiration of a fixed-term lease.

10. ☒ At the time the 3-day notice to pay rent or quit was served, the amount of **rent due** was $     1,198.00

11. ☒ The fair rental value of the premises is $     39.93 per day.

12. ☐ Defendant's continued possession is malicious, and plaintiff is entitled to statutory damages under Code of Civil Procedure section 1174(b). *(State specific facts supporting a claim up to $600 in Attachment 12.)*

13. ☒ A written agreement between the parties provides for attorney fees.

14. ☐ Defendant's tenancy is subject to the local rent control or eviction control ordinance of *(city or county, title of ordinance, and date of passage):*


      Plaintiff has met all applicable requirements of the ordinances.

15. ☐ Other allegations are stated in Attachment 15.

16. Plaintiff accepts the jurisdictional limit, if any, of the court.

17. **PLAINTIFF REQUESTS**
    a. possession of the premises.
    b. costs incurred in this proceeding:
    c. ☒ past-due rent of $    1,198.00
    d. ☒ reasonable attorney fees.
    e. ☒ forfeiture of the agreement.
    f. ☒ damages at the rate stated in item 11 from *(date):* 01/01/2018 for each day that defendants remain in possession through entry of judgment.
    g. ☐ statutory damages up to $600 for the conduct alleged in item 12.
    h. ☐ other *(specify):*

18. ☒ Number of pages attached *(specify):* 2

## UNLAWFUL DETAINER ASSISTANT (Bus. & Prof. Code, §§ 6400-6415)

19. *(Complete in all cases.)* An unlawful detainer assistant ☒ did not   ☐ did   for compensation give advice or assistance with this form. *(If plaintiff has received any help or advice for pay from an unlawful detainer assistant, state:)*

    a. Assistant's name:
    b. Street address, city, and zip code:
    c. Telephone No.:
    d. County of registration:
    e. Registration No.:
    f. Expires on *(date):*

Date: 12/20/2017

Rachel Chang
Bar#311449

(TYPE OR PRINT NAME)       ▶ (SIGNATURE OF PLAINTIFF OR ATTORNEY)

## VERIFICATION

*(Use a different verification form if the verification is by an attorney or for a corporation or partnership.)*

I am the plaintiff in this proceeding and have read this complaint. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 12/20/2017

▶ See Attachment

(TYPE OR PRINT NAME)       (SIGNATURE OF PLAINTIFF)